ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 11 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEITH CAMPBELL, ID # 1219880, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:05-CV-2099-B |
| ) | ECF |
| PACE SETTER PERSONNEL, ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **DENIES** plaintiff's motion for leave to file an amended prayer of relief (doc. 18). Furthermore, because the acceptance of the findings and recommendation disposes of this case, the Court also **DENIES** all other pending motions. By separate judgment, the Court will formally dismiss this action consistent with the Findings, Conclusions, and Recommendation entered in this case.

SIGNED this 11th day of April, 2006.

UNITED STATES DISTRICT JUDGE